AO 10
Rev. 1/2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2015

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Maughmer, John T. | U.S.D.C., W.D. MO | 4/28/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge - Full Time | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

Charles Evans Whittaker U.S. Courthouse
400 E. 9th St., Room 7662
Kansas City, MO 64106

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Power of attorney #3 | POA 3 |
| 2. | Managing Member - Self | ▓▓▓▓▓ ▓▓▓ |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 10/1/12 | ▓▓▓▓▓▓▓ - Self - Operating Agreement |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Maughmer, John T. | 4/28/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Maughmer, John T. | 4/28/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Maughmer, John T. | 4/28/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AT&T, Inc. | A | Dividend | J | T | | | | | |
| 2. MS Liquid Asset Fund | A | Dividend | M | T | | | | | |
| 3. Farm House purchased 01/95 for $76,000 in ▊▊▊ | B | Rent | M | R | | | | | |
| 4. Vodaphone Group PLC Sponsor ADR | A | Dividend | J | T | | | | | |
| 5. Verizon Communications | A | Dividend | J | T | | | | | |
| 6. Northwestern Mutual Life Insurance Co. | A | Dividend | J | T | | | | | |
| 7. Eaton Vance Commodity Strategy Fund | B | Dividend | | | Buy (add'l) | 04/17/15 | J | | |
| 8. | | | | | Sold (part) | 4/17/15 | J | A | |
| 9. | | | | | Sold | 05/20/15 | J | A | |
| 10. Eaton Vance Income Fund | A | Dividend | J | T | Buy (add'l) | 04/17/15 | J | | |
| 11. | | | | | Buy (add'l) | 08/14/15 | J | | |
| 12. | | | | | Sold (part) | 08/14/15 | J | A | |
| 13. Goldman Sachs Absolute Return Fund | A | Dividend | | | Sold | 04/17/15 | K | A | |
| 14. Voya Global Real Estate | A | Dividend | | | Sold (part) | 04/17/15 | J | A | |
| 15. | | | | | Sold | 08/14/15 | J | A | |
| 16. Ivy Mid Cap Growth Fund | A | Dividend | J | T | Sold (part) | 04/17/15 | J | A | |
| 17. | | | | | Buy (add'l) | 08/14/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Maughmer, John T. | 4/28/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 12/18/15 | J | | |
| 19. JP Morgan Dynamic Small Cap Growth Fund | A | Dividend | J | T | Sold (part) | 04/17/15 | J | A | |
| 20. | | | | | Sold (part) | 08/14/15 | J | | |
| 21. | | | | | Buy (add'l) | 12/18/15 | J | | |
| 22. | | | | | Buy (add'l) | 12/21/15 | J | | |
| 23. Mainstay Large Cap Growth Fund | B | Dividend | K | T | Sold (part) | 04/17/15 | J | A | |
| 24. | | | | | Sold (part) | 05/20/15 | K | A | |
| 25. | | | | | Sold (part) | 08/14/15 | J | A | |
| 26. | | | | | Buy (add'l) | 08/14/15 | J | | |
| 27. | | | | | Buy (add'l) | 12/18/15 | J | | |
| 28. Managers AMG Systematic Mid Cap Value Fund | A | Dividend | J | T | Buy (add'l) | 08/14/15 | J | | |
| 29. | | | | | Sold (part) | 04/17/15 | J | A | |
| 30. | | | | | Buy (add'l) | 12/30/15 | J | | |
| 31. Metropolitan West Total Return Bond Fund | A | Dividend | J | T | Sold (part) | 04/17/15 | J | A | |
| 32. | | | | | Sold (part) | 08/14/15 | J | A | |
| 33. Virtus Emerging Markets Opportunities Fund | A | Dividend | J | T | Buy (add'l) | 04/17/15 | J | | |
| 34. | | | | | Buy (add'l) | 08/14/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Maughmer, John T. | 4/28/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. AQR Managed Futures Strategy I | A | Dividend | J | T | Sold (part) | 04/17/15 | J | A | |
| 36. | | | | | Buy (add'l) | 08/14/15 | J | | |
| 37. Pimco Foreign Bond US Hedged P | A | Dividend | | | Sold | 04/17/15 | J | A | |
| 38. Causeway International Valve Fund | B | Dividend | K | T | Sold (part) | 04/17/15 | J | A | |
| 39. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 40. | | | | | Buy (add'l) | 08/14/15 | J | | |
| 41. | | | | | Buy (add'l) | 12/30/15 | J | | |
| 42. Delaware Investment Small Cap Value Fund | A | Dividend | J | T | Buy (add'l) | 04/17/15 | J | | |
| 43. | | | | | Buy (add'l) | 08/14/15 | J | | |
| 44. | | | | | Buy (add'l) | 12/30/15 | J | | |
| 45. Invesco Premier Fund | A | Dividend | | | Sold | 04/17/15 | J | A | |
| 46. ▭ | B | Rent | M | U | | | | | |
| 47. ▭ | A | Distribution | J | U | | | | | |
| 48. Trust #1 closed 3/31/15 due to distribution of assets to beneficiaries | | None | | | Closed | 03/31/15 | N | | |
| 49. Blackrock Low Duration Bond Investment | A | Dividend | J | T | Buy (add'l) | 04/17/15 | J | | |
| 50. | | | | | Sold (part) | 08/14/15 | J | A | |
| 51. John Hancock Disciplined Value | B | Dividend | K | T | Buy (add'l) | 04/17/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Maughmer, John T. | 4/28/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 08/14/15 | J | A | |
| 53. | | | | | Buy (add'l) | 08/14/15 | J | | |
| 54. | | | | | Buy (add'l) | 12/18/15 | J | | |
| 55. Center Coast MLP Focus I | A | Dividend | J | T | Sold (part) | 04/17/15 | J | A | |
| 56. | | | | | Sold (part) | 08/14/15 | J | A | |
| 57. | | | | | Buy (add'l) | 12/18/15 | J | | |
| 58. Blackrock Inflat Prot Bond 1 | A | Dividend | J | T | Buy | 04/17/15 | J | | |
| 59. | | | | | Buy (add'l) | 08/14/15 | J | | |
| 60. Blackstone Alt Mult-Strat Inst | A | Dividend | J | T | Buy | 04/17/15 | J | | |
| 61. | | | | | Buy (add'l) | 08/14/15 | J | | |
| 62. Goldman Sachs Multi Mgr Alt 1 | A | Dividend | | | Buy | 04/17/15 | J | | |
| 63. | | | | | Sold | 08/14/15 | J | A | |
| 64. John Hancock Seaport I (X) | A | Dividend | J | T | Buy | 08/14/15 | J | | |
| 65. Nuveen Gresham Div Comm Strt 1 | A | Dividend | J | T | Buy | 05/20/15 | J | | |
| 66. | | | | | Sold (part) | 08/14/15 | J | A | |
| 67. | | | | | Buy (add'l) | 12/18/15 | J | | |
| 68. Riverpark/Wedgewood Inst | A | Dividend | J | T | Buy | 05/20/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Maughmer, John T. | 4/28/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 08/14/15 | J | A | |
| 70. | | | | | Buy (add'l) | 08/14/15 | J | | |
| 71. | | | | | Buy (add'l) | 12/18/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Maughmer, John T. | 4/28/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII - Trust #1 closed 3/31/15 due to distribution of assets to beneficiaries.

Part VII - POA #1 terminated on 12/7/14 due to death of appointing individual.

Part VII - Line 20 - 2014 report showed Pimco Foreign Bond US Hedged P sold 4/16/14 - actually only part of the asset was sold in 2014.

| Name of Person Reporting | Date of Report |
|---|---|
| Maughmer, John T. | 4/28/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John T. Maughmer**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544